1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, MATTHEW HORNACEK

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )   CASE # 6:07-mj-00169-WMW
                                )
11          Plaintiff,           )
                                )   STIPULATION TO CONTINUE
12                              )   UNTIL SEPTEMBER 18, 2007
   vs.                          )
13                              )
   MATTHEW HORNACEK,            )
14                              )
            Defendant.          )
15 _____)

16      IT IS HEREBY STIPULATED by and between the Defendant, MATTHEW

17 HORNACEK, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United

18 States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned

19 matter currently scheduled for September 4, 2007, at 10:00 a.m. be continued until September

20 18, 2007 at 10:00 a.m.to accommodate the litigation schedule of defense counsel..

21

22 Dated: August 20, 2007              By:  /s/ Matthew Hornacek
                                            CAROL ANN MOSES
23                                          Attorney for Defendant
                                            MATTHEW HORNACEK
24

25

26 Dated: August 20, 2007              By:  /s/ Elizabeth Waldow
                                            Elizabeth Waldow
27                                          Legal Officer for
                                            United States Government
28

                                        1
                STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Continuance of Status Conference until September 18, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, MATTHEW HORNACEK, shall be continued to September 18, 2007 at 10:00 a.m.

Dated: _____, 2007

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   August 20, 2007          /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE